**CGLM INC., Petitioner—Cross–Respondent**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent—Cross–Petitioner.**

No. 07–60685.

United States Court of Appeals, Fifth Circuit.

June 3, 2008.

Donald C. Douglas, Jr., Middleberg, Riddle & Gianna, New Orleans, LA, for Petitioner–Cross–Respondent.

James G. Paulsen, National Labor Relations Board, Region 15, New Orleans, LA, Linda Jill Dreeben, National Labor Relations Board, Washington, DC, for Respondent–Cross–Petitioner.

Before KING, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The petitioner's Petition for Review is DENIED. The order of the National Labor Relations Board is ENFORCED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.